IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-04-580 (1) |
| | § | C.A. No. C-06-118 |
| SALVADOR GONZALEZ-GARCIA, | § | |
| | § | |
| Defendant/Movant. | § | |

### FINAL JUDGMENT

The Court enters final judgment granting defendant Salvador Gonzalez-Garcia's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255. For the reasons set forth in the Court's Order Granting Motion to Reduce Sentence Pursuant to 28 U.S.C. § 2255, and for the reasons set forth on the record at the hearing held March 6, 2007, Gonzalez's sentence is reduced from 51 months to "time served." An separate amended criminal judgment will be entered.

ORDERED this 6th day of March, 2007.

_____
Janis Graham Jack
United States District Judge